1

2

3

4

5

6            UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
                    AT TACOMA
7

8   MILGARD MANUFACTURING, INC., a
    Washington corporation,
9                                              CASE NO. C13-6024 BHS

                        Plaintiff,             ORDER DENYING
10                                             DEFENDANT'S MOTION FOR
                                               RECONSIDERATION
11          v.

12   LIBERTY MUTUAL INSURANCE
     COMPANY, a Massachusetts mutual
     insurance company,
13
                        Defendant.
14

15

16          This matter comes before the Court on Defendant Liberty Mutual Insurance

     Company's ("Liberty") motion for reconsideration (Dkt. 300).
17
            Nothing in Liberty's motion shows that an error must be corrected through an
18
     order on reconsideration.  In fact, the Court has set a deadline for Liberty to file another
19
     dispositive motion and Liberty may add the estoppel issue to that motion.  Any other
20
     issues added, without leave of Court, will be stricken.
21

22

1    With regard to the allegation that Plaintiff Milgard Manufacturing, Inc.

2 ("Milgard") filed an unrequested reply, Liberty is in error.  Dkt. 269 at 3 ("Milgard may

3 file a reply by July 3, 2015, in a brief not to exceed ten pages.").

4    With regard to the allegation that the Court "improperly and erroneously

5 considered new evidence" submitted with Milgard's reply, Liberty is correct that

6 admitting such evidence may result in denial of a party's due process rights because

7 Liberty did not have an opportunity to respond.  Any error, however, is remedied with an

8 additional round of briefing on this issue.  Therefore, any violation of Liberty's right is

9 harmless in this situation and the Court **DENIES** Liberty's motion for reconsideration.

10    **IT IS SO ORDERED**.

11    Dated this 1st day of September, 2015.

12

13

14

15    _____
     BENJAMIN H. SETTLE
     United States District Judge

16

17

18

19

20

21

22